**790**

Supreme Court of Appeals of Virginia denied. *William Alfred Hall, Jr.* for petitioner.

No. 506. REILLY *v.* PESCOR, WARDEN, ET AL. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondents.

No. 657. PEETE *v.* CALIFORNIA. December 9, 1946. Petition for writ of certiorari to the Supreme Court of California denied. *Morris Levine* for petitioner. *Robert W. Kenny,* Attorney General of California, and *Frank Richards,* Deputy Attorney General, for respondent.

No. 666. RICHARDSON *v.* NEW YORK. December 9, 1946. Petition for writ of certiorari to the Supreme Court, Richmond County, New York, denied.

No. 667. THOMAS *v.* RAGEN, WARDEN. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Rock Island County, Illinois, denied.

No. 698. BROYLES *v.* OKLAHOMA. December 9, 1946. Petition for writ of certiorari to the Criminal Court of Appeals of Oklahoma denied.